Hadassah M. Reimer
Wyoming Bar No. 6-3825
HOLLAND & HART LLP
25 South Willow St., Ste. 200
P.O. Box 68
Jackson, WY 83001
Phone 307-734-4517; Fax 307-739-9744
hmreimer@hollandhart.com

Joanna R. Vilos
Wyoming Bar No. 6-4006
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Phone 307-778-4200; Fax 307-778-8175
jvilos@hollandhart.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **SALTAIR, INC.,** A Maine Corporation,<br><br>    Plaintiff,<br>**v.**<br><br>**I.S.T. GLOBAL, LLC,** A Wyoming Limited Liability Company; **SHIMON IVGI,** an individual; **JOHN HOGGAN,** an individual; **PINK GARTER, LLC,** A Wyoming Limited Liability Company,<br><br>    Defendants. | Civil Action No. 10 CV 157-J |

### PLAINTIFF'S MOTION TO VACATE HEARING ON
### MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Saltair, Inc., through undersigned counsel, moves the Court to vacate the

Hearing on Motion for Preliminary Injunction currently set for August 20, 2010, at 10:00 a.m.

As grounds for this motion, Plaintiff states:

1. Plaintiff initiated this case with the filing of its Complaint and its Motion and Brief in Support of Motion for Preliminary Injunction (Motion for Preliminary Injunction), both dated August 9, 2010. Defendants were served with Plaintiff's Complaint and Brief on August 10, 2010.

2. A hearing on Plaintiff's Motion for Preliminary Injunction was set by this Court for August 20, 2010, at 10:00 a.m.

3. Plaintiff served Defendants with the Notice of Hearing on Motion for Preliminary Injunction by hand delivery on August 12, 2010.

4. Plaintiff and Defendants are currently discussing potential settlement of the dispute between them in this case.

WHEREFORE, the Plaintiff respectfully requests that the Court vacate the hearing on its Motion for Preliminary Injunction set for August 20, 2010, at 10:00 a.m. in this matter.

Dated:  August 18, 2010

/s/ Hadassah M. Reimer
Hadassah M. Reimer
Wyoming Bar No. 6-3825
hmreimer@hollandhart.com
HOLLAND & HART LLP
25 South Willow St., Suite 200
P.O. Box 68
Jackson, WY 83001
Phone 307-734-4517
Fax 307-739-9744

Joanna Vilos
Wyoming Bar No. 6-4006
jvilos@hollandhart.com
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P. O. Box 1347
Cheyenne, WY 82003-1347
Phone 307-778-4200
Fax 307-778-8175

Amy Sullivan Cahill
Kentucky Bar No. 85554
acahill@stites.com
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: 502-587-3400
Facsimile: 402-587-6392

Haley H.M. Dickerson
Kentucky Bar No. 91984
hdickerson@stites.com
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1735
Telephone:  859-226-2300
Facsimile:  859-253-9144

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that on August 18, 2010 I served a copy of the foregoing document to the following by hand delivery:

John Hoggan
28 East Broadway
Jackson, WY 83001

Pink Garter, LLC c/o Frank Hess
30 East Simpson
Jackson, WY 83001

      and to the following by e-mail:

Jessica Rutzick -  jrutzick@vincentandrutzick.com
Vincent & Rutzick, LLC
60 East Simpson
Jackson, WY 83001
Attorney for Shimon Ivgi and IST Global, LLC

                                  /s/ Hadassah M. Reimer

4895306_1.DOC